## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS
## EASTERN DIVISION

---

**SHAUN MOORE**, *individually, and on behalf of all others similarly situated,*

       Plaintiff,

       v.

**CEDARS MEDITERRANEAN FOODS, INC.**

       and

**CEDARS MEDITERRANEAN DISTRIBUTION, INC.**

       Defendants.

Civil Action No.: 1:23-cv-13106-DJC

Honorable Denise J. Casper

---

## JOINT MOTION FOR PRELIMINARY APPROVAL OF
## COLLECTIVE ACTION SETTLEMENT

Plaintiff, Shaun Moore, by and through his counsel, hereby respectfully submits this Joint Motion for Preliminary Approval of the parties' proposed Collective Action Settlement Agreement (the "Motion"). Plaintiff seeks an order: (1) preliminarily approving the Settlement Agreement as fair and reasonable and conditionally certifying the Collective for settlement purposes only; (2) approving their proposed Notice of Settlement and Consent-to-Join Form (Exhibits 1 and 2 to the Settlement Agreement) to be disseminated to all potential Collective Members pursuant to the Settlement Agreement through the agreed opt-in process; (3) scheduling a final fairness hearing date, and; (4) setting a deadline after the notice and opt-in process for the parties to move for final approval of the Settlement Agreement, after the conclusion of the Court-approved opt-in process.

This Motion is supported by the Settlement Agreement and Exhibits thereto, Plaintiff's Memorandum of Law, which sets forth the facts and legal authorities that support preliminary approval of the Settlement Agreement, as well as the supporting declaration of counsel Zijian Guan. The Plaintiff respectfully submits that the proposed settlement is fair and reasonable, and requests the Motion be granted in its entirety so the putative Collective Members will have an opportunity to participate in the proposed settlement.

Dated: July 31, 2025

Respectfully Submitted,

BROWN, LLC
By: */s/ Zijian Guan*
Zijian Guan (Admitted *Pro Hac Vice*)
111 Town Square Pl, Suite 400
Jersey City, NJ 07310
TEL: (877) 561-0000
FAX: (855) 582-5297
cocozguan@jtblawgroup.com

-And-

STEFFANS LEGAL
By: */s/ Benjamin Knox Steffans*
Benjamin Knox Steffans
180 Elm Street, Suite I, Box 183
Pittsfield, MA 01201
TEL: (413) 347-4845
FAX: (413) 418-4174
bsteffans@steffanslegal.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 31, 2025, I served a true and correct copy of the foregoing document by filing it on the Court's ECF system.

By: */s/ Zijian Guan*
Zijian Guan