UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

---

| | | |
|---|---|---|
| **SHAUN MOORE**, *individually, and on behalf of all others similarly situated,* | : | |
| Plaintiff, | : | |
| | : | Civil Action No.: 1:23-cv-13106-DJC |
| v. | : | |
| **CEDARS MEDITERRANEAN FOODS, INC.** | : | |
| and | : | Honorable Denise J. Casper |
| **CEDARS MEDITERRANEAN DISTRIBUTION, INC.** | : | |
| Defendants. | : | |

---

### JOINT MOTION FOR FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT

Plaintiff, Shaun Moore (the "Named Plaintiff"), by and through his counsel, hereby respectfully submits this Joint Motion for Final Approval (the "Motion") of the parties' proposed Collective Action Settlement Agreement (the "Settlement"). The parties seek an order: (1) Approving the Settlement as fair, reasonable, and adequate as it applies to the Settlement Collective members who have opted-in; (2) Declaring the Settlement to be binding on the Named Plaintiff, the Settlement Collective members, and Defendants; (3) Dismissing with prejudice the claims of the Named Plaintiff and the Settlement Collective members, including Count II of the Plaintiff's Complaint; and (4) Approving the amount of attorneys' fees and costs requested by Class Counsel, the amount of the service award to the named Plaintiff and the administration costs

to the Settlement Administrator, Optime Administration, LLC ("Optime").

This Motion is supported by the Settlement Agreement and Exhibits thereto, Plaintiff's Memorandum of Law, which sets forth the facts and legal authorities that support final approval of the Settlement, as well as the supporting declaration of counsel Zijian Guan, and the supporting declaration of Scott Simpson from Optime. The Plaintiff respectfully submits that the proposed Settlement is fair and reasonable, and requests this Motion be granted in its entirety so that the named Plaintiff and Settlement Collective Members will receive the settlement payments under the Settlement Agreement.

Dated: December 1, 2025

    Respectfully Submitted,

    BROWN, LLC
    By: */s/ Zijian Guan*
    Zijian Guan (Admitted *Pro Hac Vice*)
    111 Town Square Pl, Suite 400
    Jersey City, NJ 07310
    TEL: (877) 561-0000
    FAX: (855) 582-5297
    cocozguan@jtblawgroup.com

    -And-

    STEFFANS LEGAL
    By: */s/ Benjamin Knox Steffans*
    Benjamin Knox Steffans
    180 Elm Street, Suite I, Box 183
    Pittsfield, MA 01201
    TEL: (413) 347-4845
    FAX: (413) 418-4174
    bsteffans@steffanslegal.com

    *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 1, 2025, I served a true and correct copy of the foregoing document by filing it on the Court's ECF system.

By: ___*/s/ Zijian Guan*___
       Zijian Guan