UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
EASTERN DIVISION

| | |
|---|---|
| **SHAUN MOORE**, *individually, and on behalf of all others similarly situated,* Plaintiff, v. **CEDARS MEDITERRANEAN FOODS, INC.** and **CEDARS MEDITERRANEAN DISTRIBUTION, INC.** Defendants. | Civil Action No.: 1:23-cv-13106-DJC<br>Honorable Denise J. Casper |

**[PROPOSED] ORDER GRANTING FINAL APPROVAL OF COLLECTIVE ACTION SETTLEMENT AND DISMISSING THE CASE WITH PREJUDICE**

TO ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD:

The Joint Motion for Final Approval of a Collective Action Settlement came before this Court, the Honorable Denise J. Casper presiding, on or about December 22, 2025. This Court, having considered the papers submitted and argument presented by counsel in support of the application, HEREBY GRANTS THE MOTION and ORDERS THE FOLLOWING:

1. This Court grants final approval of the Settlement and the Settlement Collective based upon the terms set forth in the Settlement Agreement (the "settlement") between the Named Plaintiff and Defendants filed herewith. The settlement shall be binding on the Named Plaintiff, the Settlement Collective members, and Defendants.

2. The settlement is fair, adequate and reasonable to the Plaintiff and the settlement collective members who have opted into this action. There has been no objections to the settlement.

3. This Court approves the amount of attorneys' fees and costs requested by the Class Counsel, the amount of the service award to the named Plaintiff and the administration costs to the Settlement Administrator, Optime Administration, LLC.

4. The parties shall proceed according to the settlement approved. The claims of the Named Plaintiff and the Settlement Collective members are dismissed with prejudice, including Count II of the Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated: December 22, 2025

Denise J. Casper

Honorable Denise J. Casper
U.S. District Judge